1  Mark Lapham, Esq. (SBN 146352)
2  Law Offices of Mark Lapham, Esq.
   751 Diablo Rd.
3  Danville, CA 94526
   Tel:  (925) 837-9007
4  Fax: (650) 738-0325

5  Attorney for Plaintiffs,
   Renato Santos and Arleen Santos

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RENATO SANTOS and ARLEEN SANTOS, <br><br> Plaintiffs, <br><br> vs. <br><br> BANK OF AMERICA, N.A., et al and DOES 1-100, <br><br> Defendants. | Case No.: C-12-1538-SC <br><br> **REQUEST TO RESCHEDULE PLAINTIFF'S EX PARTE HEARING ON THE MOTION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE** <br><br> Judge: Hon. Samuel Conti <br> Date: 4/20/12 <br> Time: 10:00 a.m. <br> Ctrm: 17th Floor <br><br> Complaint Filed: March 27, 2012 |

   The Plaintiffs in this case, Renato Santos and Arleen Santos, through their attorney, Mark W Lapham have requested an ex parte motion hearing to determine if a temporary restraining order and order to show cause will be ordered by the Judge Conti.  The hearing date is now scheduled on April 20th at 10:00 a.m.  Since Plaintiffs have not been properly served each of the Defendant's a copy of the summons and complaint, they do not yet have notice of the lawsuit as well as the proposed ex parte hearing.  Plaintiffs respectfully request that the hearing date be moved to May 3, 2012 in order for the documents to be served to each of the Defendants in this case.

1

| | |
|---|---|
| Dated: April 19, 2012 | LAW OFFICES OF MARK W. LAPHAM<br><br>_____/s/ Mark W. Lapham_____<br>Mark W. Lapham<br>Attorney for Plaintiffs<br>Renato and Arleen Santos |

IT IS HEREBY ORDERED that the request by Plaintiffs and their attorney Mark W. Lapham to move the date of the ex parte hearing for a TRO and OSC against Defendants is GRANTED. The date of the hearing will be moved to May 4, 2012 at 10:00 a.m.   The hearing will take place in Courtroom 1 at 450 Golden Gate Ave, San Francisco, California.  It is further ORDERED that the deadline for Defendants to file their response to the TRO and OSC is extended to April 27, 2012.

IT IS SO ORDERED.

Date: April 19, 2011                                        _____
                                                                          UNITED STATES DISTRICT JUDGE

2

Santos v. Bank of America, N.A. et al.                                                    Case No. C-12-1538-SC