1   Mark Lapham, Esq. (SBN 146352)
    Law Offices of Mark Lapham, Esq.
2   751 Diablo Rd.
3   Danville, CA 94526
    Tel:   (925) 837-9007
4   Fax:  (650) 738-0325

5   Attorney for Plaintiffs,
    Renato Santos and Arleen Santos
6

7                **UNITED STATES DISTRICT COURT**

8               **NORTHERN DISTRICT OF CALIFORNIA**

9                **SAN FRANCISCO DIVISION**

10

11                                              )   Case No.: C-12-1538-SC
    RENATO SANTOS and ARLEEN SANTOS,            )
12                                              )   **REQUEST TO RESCHEDULE**
              Plaintiffs,                       )   **PLAINTIFF'S EX PARTE HEARING ON**
13                                              )   **THE MOTION FOR A TEMPORARY**
         vs.                                    )   **RESTRAINING ORDER AND ORDER TO**
14                                              )   **SHOW CAUSE**
    BANK OF AMERICA, N.A., et al and DOES       )
15  1-100,                                      )   Judge:  Hon. Samuel Conti
                                                )   Date:   4/20/12
16            Defendants.                        )   Time:   10:00 a.m.
                                                )   Ctrm:  17th Floor
17                                              )
                                                )   Complaint Filed:  March 27, 2012
18                                              )
                                                )
19                                              )
    _____         )
20

21          The Plaintiffs in this case, Renato Santos and Arleen Santos, through their attorney, Mark W

22  Lapham have requested an ex parte motion hearing to determine if a temporary restraining order and

23  order to show cause will be ordered by the Judge Conti.  The hearing date is now scheduled on April

24  20th at 10:00 a.m.  Since Plaintiffs have not been properly served each of the Defendant's a copy of

25  the summons and complaint, they do not yet have notice of the lawsuit as well as the proposed ex

26  parte hearing.  Plaintiffs respectfully request that the hearing date be moved to May 3, 2012 in order

27  for the documents to be served to each of the Defendants in this case.

28
                                        1

Dated:  April 19, 2012                                    LAW OFFICES OF MARK W. LAPHAM

                                                          Mark W. Lapham
                                                          Attorney for Plaintiffs
                                                          Renato and Arleen Santos


IT IS HEREBY ORDERED that the request by Plaintiffs and their attorney Mark W. Lapham to

move the date of the ex parte hearing for a TRO and OSC against Defendants is GRANTED.  The

date of the hearing will be moved to May 4, 2012 at 10:00 a.m.   The hearing will take place in

Courtroom 1 at 450 Golden Gate Ave, San Francisco, California.  It is further ORDERED that the

deadline for Defendants to file their response to the TRO and OSC is extended to April 27, 2012.

        IT IS SO ORDERED.

        April 19, 2011
Date: _____                    _____

                                                          UNITED STATES DISTRICT JUDGE

Santos v. Bank of America, N.A. et al.                                    Case No. C-12-1538-SC