Mark Lapham, Esq. (SBN 146352)
Law Offices of Mark Lapham, Esq.
751 Diablo Rd.
Danville, CA 94526
Tel:  (925) 837-9007
Fax: (650) 738-0325

Attorney for Plaintiffs,
RENATO SANTOS and ARLEEN SANTOS

# SUPERIOR COURT OF CALIFORNIA

## IN AND FOR THE COUNTY OF ALAMEDA

## UNLIMITED JURISDICTION

| | |
|---|---|
| RENATO SANTOS and ARLEEN SANTOS, individually,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., et al. and DOES 1-100, inclusive<br><br>Defendants. | Case No.: C-12-1538-SC<br>Complaint Filed: March 27, 2012<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**<br><br>Date:  May 25, 2012<br>Time:  10:00 a.m.<br>Floor:  17th Floor<br>Judge:  Honorable Samuel Conti |

The Plaintiffs and their attorney, Mark W. Lapham, appeared for a hearing on May 4, 2012 seeking A Temporary Restraining Order, enjoining the foreclosure sale of Plaintiffs' personal residence, located at 15 LONE MOUNTAIN COURT, PACIFICA, CA 95119., in the County of San Mateo, State of California.  Plaintiffs also seek to prevent any transfer of the Plaintiffs' property via

1

1   a trustee's deed after any foreclosure sale which may take place in the future.

2        After reviewing the Ex Parte Application and Memorandum of Points and Authorities, as well
3   as Plaintiff's Declaration and the Declaration of Lawrence Asuncion, the court finds good cause to
4   make the following orders.

5        IT IS HEREBY ORDERED that a Temporary Restraining Order be issued against Bank of
6   America, N.A. as successor-by-merger to BAC HOME LOANS SERVICING, L.P., SAXON
7   MORTGAGE SERVICING, and REGIONAL SERVICES CORPORATION. The said defendants
8   are enjoined from performing any act to complete the trustee's sale of Plaintiffs real property,
9   located at the address referred to above until further order of the court. The above defendants are
10   hereby given notice that an Order to Show Cause hearing will be held on May 25 at 10:00 a.m. on
11   the issue of whether or not Plaintiff's Temporary Restraining order should become a preliminary
12   injunction.

13        IT IS SO ORDERED.

15   DATED: ~~May 7, 2012~~
16        May 24, 2012                         JUDGE SAMUEL CONTI

2

Renato & Arleen Santos v. Bank of America, et al.                              Order