**United States District Court**
For the Northern District of California

1

2

3

4

5

6                   IN THE UNITED STATES DISTRICT COURT

7             FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9   RENATO SANTOS and ARLENE SANTOS,  )  Case No. CV-12-1538-SC
                                      )
10              Plaintiffs,           )  ORDER CONTINUING HEARING ON
                                      )  PLAINTIFFS' MOTION FOR
11        v.                          )  PRELIMINARY INJUNCTION;
                                      )  ORDER TO SHOW CAUSE RE: RULE
12  BANK OF AMERICA, N.A., successor  )  11 SANCTIONS
    by merger to BAC Home Loans       )
13  Servicing, LP, SAXON MORTGAGE     )
    SERVICES, INC., REGIONAL          )
14  SERVICES CORPORATION, and PRLAP,  )
    INC.,                             )
15                                    )
                                      )
16              Defendants.           )
                                      )
17  _____  )

18       At a hearing on May 4, 2012 ("May 4 hearing"), the Court

19  granted Plaintiffs Renato and Arlene Santos's ("Plaintiffs") motion

20  for a temporary restraining order enjoining Defendants Bank of

21  America, N.A., and Saxon Mortgage Services, Inc. (collectively,

22  "Defendants") "from performing any act to complete the trustee's

23  sale of Plaintiffs['] real property."  ECF Nos. 10 ("Minute

24  Order"), 22 ("TRO").  At the May 4 hearing, the Court continued

25  Plaintiffs' motion for a preliminary injunction to May 25, 2012, at

26  10:00 a.m ("May 25 hearing").  Id.  On May 23, 2012, Defendants'

27  counsel filed a motion to appear by telephone at the May 25

28  hearing, on the ground that counsel is located in Newport Beach,

1  California.  ECF No. 19 ("Mot.").  In their motion, Defendants

2  correctly identified the date, time, and location of the hearing.

3  Id. at 2.  The following day, the Court denied Defendants' Motion.

4  ECF No. 20; see also http://www.cand.uscourts.gov/sc (The

5  undersigned "does not permit appearances by telephone.  All

6  appearances shall be in person.").  Without explanation,

7  Defendants' counsel failed to appear at the May 25 hearing.

8      The Court hereby CONTINUES the hearing on Plaintiffs' motion

9  for a preliminary injunction to 10:00 a.m. on Wednesday, May 30,

10  2012, in Courtroom 1, United States Courthouse, 450 Golden Gate

11  Avenue, San Francisco, California ("May 30 hearing").

12      Additionally, counsel for Defendants are hereby ORDERED TO

13  SHOW CAUSE why Rule 11 sanctions should not issue for their failure

14  to appear at the May 25 hearing.  The Order to Show Cause shall be

15  heard at the May 30 hearing.

16      Finally, counsel for Plaintiffs shall keep records of his time

17  spent traveling to and attending the May 25 and May 30 hearings.

18

19      IT IS SO ORDERED.

20

21      Dated: May 25, 2012

22                                        UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2