United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENATO SANTOS and ARLENE SANTOS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BANK OF AMERICA, N.A., successor ) <br> by merger to BAC Home Loans ) <br> Servicing, LP, SAXON MORTGAGE ) <br> SERVICES, INC., REGIONAL ) <br> SERVICES CORPORATION, and PRLAP, ) <br> INC., ) <br> ) <br> Defendants. ) <br> ) | Case No. CV-12-1538-SC <br><br> ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; ORDER TO SHOW CAUSE RE: RULE 11 SANCTIONS |

At a hearing on May 4, 2012 ("May 4 hearing"), the Court granted Plaintiffs Renato and Arlene Santos's ("Plaintiffs") motion for a temporary restraining order enjoining Defendants Bank of America, N.A., and Saxon Mortgage Services, Inc. (collectively, "Defendants") "from performing any act to complete the trustee's sale of Plaintiffs['] real property." ECF Nos. 10 ("Minute Order"), 22 ("TRO"). At the May 4 hearing, the Court continued Plaintiffs' motion for a preliminary injunction to May 25, 2012, at 10:00 a.m ("May 25 hearing"). Id. On May 23, 2012, Defendants' counsel filed a motion to appear by telephone at the May 25 hearing, on the ground that counsel is located in Newport Beach,

California.  ECF No. 19 ("Mot.").  In their motion, Defendants correctly identified the date, time, and location of the hearing.  Id. at 2.  The following day, the Court denied Defendants' Motion.  ECF No. 20; see also http://www.cand.uscourts.gov/sc (The undersigned "does not permit appearances by telephone.  All appearances shall be in person.").  Without explanation, Defendants' counsel failed to appear at the May 25 hearing.

The Court hereby CONTINUES the hearing on Plaintiffs' motion for a preliminary injunction to 10:00 a.m. on Wednesday, May 30, 2012, in Courtroom 1, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California ("May 30 hearing").

Additionally, counsel for Defendants are hereby ORDERED TO SHOW CAUSE why Rule 11 sanctions should not issue for their failure to appear at the May 25 hearing.  The Order to Show Cause shall be heard at the May 30 hearing.

Finally, counsel for Plaintiffs shall keep records of his time spent traveling to and attending the May 25 and May 30 hearings.

IT IS SO ORDERED.

Dated: May 25, 2012                    _____
                                       UNITED STATES DISTRICT JUDGE