1  WRIGHT, FINLAY & ZAK, LLP
2  Stephen T. Hicklin, Esq., SBN 136568
   David L. Chaffin, Esq., SBN 258459
3  4665 MacArthur Court, Suite 280
4  Newport Beach, CA 92660 *(Santos, Renato/Federal/Prop Order- PI)*
   Telephone: (949) 477-5050; Facsimile: (949) 477-9200
5
6  Attorneys for Defendants,
   SAXON MORTGAGE SERVICES, INC. and BANK OF AMERICA, N.A.
7  (erroneously named as "Bank of America, N.A., as successor by-merger to BAC
8  Home Loans Servicing, LP")

9
                    UNITED STATES DISTRICT COURT
10
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12

13 | RENATO SANTOS AND ARLEEN    ) Case No: 3:12-cv-01538-SC
   | SANTOS,                     )
14 |                             ) **[PROPOSED] ORDER DENYING**
15 |              Plaintiffs,    ) **PLAINTIFFS' APPLICATION FOR**
   |                             ) **PRELIMINARY INJUNCTION**
16 |    vs.                      )
17 |                             ) Date:    May 30, 2012
18 | BANK OF AMERICA, N.A., as   ) Time:    10:00 a.m.
   | successor by-merger to BAC HOME ) Ctrm.:  1
19 | LOANS SERVICING, LP; SAXON  )
20 | MORTGAGE SERVICES; INC.;    )
   | REGIONAL SERVICES           )
21 | CORPORATION; PRLAP, INC.; and )
22 | DOES 1 through 250, inclusive, )
   |                             )
23 |              Defendants.    )
24 |                             )
   |                             )
25 |                             )
   |                             )
26 |_____)

27

28

-1-

[PROPOSED] ORDER

1    On May 30, 2012 at 10:00 a.m. or shortly thereafter, in Courtroom 1 of the
2  above-described Court, came before the Court the regularly scheduled hearing on
3  Plaintiffs' RENATO SANTOS and ARLEEN SANTOS ("Plaintiffs") Application
4  for Preliminary Injunction ("Motion").  Mark W. Lapham appeared for Plaintiffs
5  and Ronald Arlas appeared for Defendants, Saxon Mortgage Services, Inc. and
6  Bank of America, N.A.  Other appearances are as noted in the court record.
7    Upon consideration of all the written submissions and the oral arguments of
8  counsel regarding the aforementioned Motion, **THE COURT ORDERS AS**
9  **FOLLOWS:**
10   1. Plaintiff's Application for Preliminary Injunction is Denied;
11   2. The Temporary Restraining Order issued May 24, 2012 is vacated;
12   3. The OSC re Sanctions against Defendants' counsel is discharged; and
13   4. Defendants' objections to the declarations of Lawrence Asuncion ~~and Renato and Arleen Santos are~~ is GRANTED. The Santos declarations are MOOT. SC

16   **IT IS SO ORDERED.**

18  Date: May 30, 2012                    _[signed]_
19                                         The Honorable US District Court Judge

-2-

~~[PROPOSED]~~ ORDER