1  WRIGHT, FINLAY & ZAK, LLP
2  Stephen T. Hicklin, Esq., SBN 136568
   David L. Chaffin, Esq., SBN 258459
3  4665 MacArthur Court, Suite 280
4  Newport Beach, CA 92660 *(Santos, Renato/Federal/Prop Order- PI)*
   Telephone: (949) 477-5050; Facsimile: (949) 477-9200
5
6  Attorneys for Defendants,
   SAXON MORTGAGE SERVICES, INC. and BANK OF AMERICA, N.A.
7  (erroneously named as "Bank of America, N.A., as successor by-merger to BAC
8  Home Loans Servicing, LP")

9
10                     UNITED STATES DISTRICT COURT
11                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| RENATO SANTOS AND ARLEEN SANTOS, | ) Case No: 3:12-cv-01538-SC )  |
| Plaintiffs, | ) **[PROPOSED] ORDER DENYING** ) **PLAINTIFFS' APPLICATION FOR** ) **PRELIMINARY INJUNCTION** ) |
| vs. | ) ) Date:   May 30, 2012 |
| BANK OF AMERICA, N.A., as successor by-merger to BAC HOME LOANS SERVICING, LP; SAXON MORTGAGE SERVICES; INC.; REGIONAL SERVICES CORPORATION; PRLAP, INC.; and DOES 1 through 250, inclusive, | ) Time:  10:00 a.m. ) Ctrm.:  1 ) ) ) ) ) ) |
| Defendants. | ) ) ) ) ) ) |

-1-

[PROPOSED] ORDER

1  On May 30, 2012 at 10:00 a.m. or shortly thereafter, in Courtroom 1 of the
2  above-described Court, came before the Court the regularly scheduled hearing on
3  Plaintiffs' RENATO SANTOS and ARLEEN SANTOS ("Plaintiffs") Application
4  for Preliminary Injunction ("Motion").  Mark W. Lapham appeared for Plaintiffs
5  and Ronald Arlas appeared for Defendants, Saxon Mortgage Services, Inc. and
6  Bank of America, N.A.  Other appearances are as noted in the court record.
7  Upon consideration of all the written submissions and the oral arguments of
8  counsel regarding the aforementioned Motion, **THE COURT ORDERS AS**
9  **FOLLOWS:**
10  1. Plaintiff's Application for Preliminary Injunction is Denied;
11  2. The Temporary Restraining Order issued May 24, 2012 is vacated;
12  3. The OSC re Sanctions against Defendants' counsel is discharged; and
13  4. Defendants' objections to the declarations of Lawrence Asuncion ~~and~~
14     ~~Renato and Arleen Santos are~~ is GRANTED. The Santos
15     declarations are MOOT.
                                                SC
16  **IT IS SO ORDERED.**

18  Date: May 30, 2012          _/s/ Samuel Conti_
19                              The Honorable US District Court Judge